**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: May 07, 2010**

_Sarah/Curley_
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08716

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Carlo Carrillo and Alma Carrillo
             Debtors.
_____

Wells Fargo Bank, N.A., successor by merger to
Wells Fargo Home Mortgage, Inc.
            Movant,

     vs.

Carlo Carrillo and Alma Carrillo, Debtors, Lothar
Goernitz, Trustee.

          Respondents.

No. 2:10-BK-08924-SSC

Chapter 7

ORDER

(Related to Docket #16)

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 25, 2002 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Carlo Carrillo and Alma Carrillo have an interest in, further described as:

Lot 531, Rancho Santa Fe Parcel 19, According to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 458 of Maps, Page 23 and Affidavit of Correction Recorded in Document No. 98-0191446

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.